UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VINCENT VELLARDITA<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HARRINGTON, ABLE INCOME FUND, LLC, a New Jersey Limited Liability Company And VALCOM, INC., a Delaware Corporation<br><br>Defendants. | Civil Action No. 8:13-cv-00294-VMC-MAP<br><br><br>NOTICE OF PENDENCY<br>OF OTHER ACTIONS |

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1) *Valcom, Inc. v. Vellardita* filed in the United States District Court, District of Delaware, C.A. No. 12-00749-GMS.
2) *Fontaine Resource Group, Inc. v. Valcom, Inc., Vincent Vellardita, Peter Umbrianna, Greg Curtis*, filed in the United States District Court, District of New Jersey, Case Number: 2:12-CV-02980-WHW-MCA;
3) *Silvana Costa Manning and Patrick C. Willemsen v. Vince Vellardita, Nalin Rathod, and Rahul Rathod* filed in the Court of Chancery, State of Delaware, C.A. No. 6812-VCG;
4) *Vincent Vellardita v. ValCom Inc.* filed in the Unites States, District Court, District of Delaware, Case Number: 1:12-cv-01219-GMS.

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: February 18, 2013

Respectfully Submitted,

/s/ John F. Panzarella
John F. Panzarella – **TRIAL COUNSEL**
Florida Bar No. 68306
Primary: john@mcintyrefirm.com
Secondary: sue@mcintyrefirm.com
Paul B. Thanasides
Florida Bar No.103039
Primary: paul@mcintyrefirm.com
Secondary: jackie@mcintyrefirm.com
Jennifer E. Jones
Florida Bar No. 67947
Primary: jennifer@mcintyrefirm.com
Secondary: diana@mcintyrefirm.com
**McIntyre, Panzarella, Thanasides,
  Bringgold & Todd, P.L.**
400 N. Ashley Drive, Suite 1500
Tampa, Florida 33602
813.899.6059 Telephone
813.899.6069 Facsimile
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of February, 2013, the foregoing was electronically filed with the Clerk of the Court and served via the Court's CM/ECF system to:

David E. Platte, Esq.
David E. Platte, P.A.
1465 S. Ft. Harrison Ave. Suite 202
Clearwater, Florida 33756
Primary: david@deplattelaw.com
727.461.0420 Telephone
727.461.5655 Facsimile
*Attorney for Plaintiff*

/s/ John F. Panzarella
Attorney